UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-129(ADM/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| ANTHONY RAY ESCOBAR, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

02-129(ADM/RLE)

Defendant Name

Anthony Ray Escobar

Remove AUSA

Paul A. Murphy

Add AUSA

Christian S. Wilton

Dated: February 8, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ Paul A. Murphy
BY: PAUL A. MURPHY
Assistant U.S. Attorney
Attorney ID No. 154325