Prob 22 (Rev. 03/97)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NO. (Transferring Court)<br>0864-0:02CR00129-002(ADM)<br>DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF | DISTRICT | DIVISION | |
|---|---|---|---|
| John Trejo Ramos<br>Yakima, WA | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE<br>Honorable Ann D. Montgomery | | |
| | TYPE OF SUPERVISION<br>SUPERVISED RELEASE | FROM<br>11/16/2006 | TO<br>11/15/2011 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Eastern District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

May 4, 2007
Date

Ann D. Montgomery United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

5/17/07
Effective Date

United States District Judge

SCANNED
MAY 29 2007
U.S. DISTRICT COURT ST. PAUL